**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite105
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL                                              Tel:  (201) 507-6300
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE                 Fax: (201) 507-6311
                                                                                            email:  lh@hershlegal.com

August 26, 2009

**Via ECF**
Hon. Esther Salas, U.S.M.J.
United States District Court for New Jersey
50 Walnut Street
Newark, NJ  07102

      Re:  <u>N.V.E., Inc. v. Cosmetic Industry & Trade Corporation, et. al.</u>, 09-cv-03412

Dear Judge Salas:

      Please find attached for your signature a Consent Order extending time for Defendants to Answer, Move or Otherwise Reply.

      If you have any questions, do not hesitate to contact me.

                                Very truly yours,

                                <u>/s/ Lawrence C. Hersh</u>
                                Lawrence C. Hersh, Esq.