## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

December 9, 2010

### LETTER ORDER

Re:   **N.V.E., Inc. v. Cosmetic Industry and Trade Corp. d/b/a CITCO Corp., et al.**
       **Civil Action No. 09-3412 (PGS)**

Dear Counsel:

        The Court is in receipt of Defendant Cosmetic Industry & Trade Corporation's ("Defendant")
letter dated December 9, 2010 and has undertaken a review of this matter's case file.  The Court
hereby sets the following briefing schedule for Plaintiff N.V.E., Inc.'s ("Plaintiff") contemplated
motion to enforce the settlement:

        (1) Plaintiff shall move to enforce the settlement no later than December 17, 2010;
        (2) Defendant's opposition is due no later than January 7, 2011;
        (3) Plaintiff's reply is due no later than January 14, 2011.

This Order shall supersede the briefing schedule set forth in Docket Entry No. 27.

        **SO ORDERED.**

                                                        *s/Esther Salas*
                                                        **Esther Salas, U.S.M.J**

cc:    Clerk
       Hon. Peter G. Sheridan, U.S.D.J.
       File