

**ND&S** NICOLL DAVIS & SPINELLA LLP

New Jersey | New York

CHARLES P. GUARINO
OF COUNSEL

95 Route 17 South
Paramus, NJ 07652
201.712.1616
201.712.9444 facsimile

450 Seventh Avenue, Suite 2205
New York, NY 10123
212.972.0786
201.712.9444 facsimile

www.ndslaw.com
646.727.0708 • mobile
cguarino@ndslaw.com

December 13, 2010

VIA FACSIMILE AND REGULAR MAIL

The Hon. Esther Salas, USMJ
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: N.V.E., Inc. v. Citco Corp., Case No.: 2:09-cv-03412-PGS-ES

Dear Judge Salas:

We represent Plaintiff NVE in the above-referenced matter. After reviewing the December 9, 2010 letter from Defendant's counsel regarding the proposed motion dates, it appears that the dates in our prior correspondence were incorrect, and that Plaintiff was to file its motion three weeks after receipt of the transcript, with Defendant's opposition three weeks thereafter. While the Court did not provide a date for Plaintiff's Reply during the conference, I have conferred with Defendant's counsel on that issue, and was informed that Defendant had no objection to setting a Reply date one week after the opposition due date.

On Friday, December 3, 2010, we were provided with a copy of the Transcription of Settlement; therefore, the following are the corrected dates to be so ordered by Your Honor for Plaintiff's Motion to Enforce the Settlement in the above-captioned matter:

December 24, 2010    Plaintiff's Motion to Enforce Settlement Due
January 14, 2011     Defendant's Opposition to Motion Due
January 21, 2011     Plaintiff's Reply Brief Due

Thank you for your assistance in this matter.

Very truly yours,

Charles P. Guarino
Of Counsel

CPG:wb
cc. Lawrence Hersh (via email and regular mail)

*This order shall supersede all previous briefing schedules.*

SO ORDERED:

_____
U.S.M.J.