# LAWRENCE C. HERSH
ATTORNEY AT LAW
17 Sylvan Street, Suite 105
Rutherford, New Jersey 07070

*ADMITTED NJ, NY, CA, AND IL
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE

Tel: (201) 507-6300
Fax: (201) 507-6311
email: lh@hershlegal.com

January 19, 2011

<u>Via Fax 973-645-2469</u>
Hon. Esther Salas, U.S.M.J.
United States District Court for New Jersey
50 Walnut Street
Newark, NJ 07102

Re: <u>N.V.E., Inc. v. Cosmetic Industry & Trade Corporation, et. al.</u>, 09-cv-03412

Dear Judge Salas:

I represent defendant Cosmetic Industry & Trade Corporation dba CITCO Corp. in the above-referenced matter.

As I mentioned to your law clerk, because of a health issue, I was unexpectedly in the hospital for several days over the last week and a half and was discharged just yesterday. As such, I have been unable to finalize and file defendant's opposition to plaintiff's motion to enforce settlement, which was due last Friday, January 14, 2011. As such, I would like to request an extension until next Monday, January 24, to file and serve defendant's opposition.

I have sent an email and called my adversary to request his consent, but I have not heard back from him. If the court grants my request, I would suggest that plaintiff be given a one week reply period, as before, until January 31, 2011 to file a reply.

Thank you for your consideration in this matter.

Very truly yours,

Lawrence C. Hersh

Cc: Charles Guarino, Esq. (via fax)

*So Ordered*
Esther Salas, USMJ
1/19/11