UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON OFFICE**

June 20, 2011
DATE OF PROCEEDINGS

JUDGE   Peter G. Sheridan, USDJ

COURT REPORTER:   Frank Gable

Other(s) _____
   N.V.E., Inc.

Docket #  Civ. 09-3412 (PGS)

   vs.
   Cosmetic Industry & Trade
   Corporation, et al
   **APPEARANCE:**
   Charles P. Guarino, Esq., for Plaintiff
   Lawarence Hersh, Esq.,, for Defendant
**NATURE OF PROCEEDINGS:**
No appearance
In Chambers telephone status conference held.
Notice of motion (31) for Settlement Enforcement by N.V.E., Inc., Decision Reserved

Adjourned to:_____     Time commenced: 2:00 p.m,   Time Adjourned: 2:30 p.m.

Dolores Hicks
DEPUTY CLERK

cc: Chambers